John O. Avery 3407
Avery Law
770 S Woodruff Ave
Idaho Falls, ID 83401
Telephone: (208) 524-3020

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) |   |
|---|---|---|
|   | ) |   |
| Ronald & Katharine Tribble | ) | Case No. 22-40466-JMM |
|   | ) |   |
|   | ) |   |
| Debtor | ) |   |
|   | ) |   |
|   | ) |   |

DEBTOR'S RESPONSE TO TRUSTEES OBJECTION TO EXEMPTION

COMES NOW, Co-debtor Katharine G. Tribble, by and through John O. Avery of Avery Law, and hereby responds to trustee's objection to co-debtor's wage exemption as follows:

1. Katharine Tribble is a self-employed craftsman, creating decorative ceramics from her home shop. She works alone and deposits her earnings in a Connections Credit Union FASASA checking account ending in 7796.

On date of filing 11/15/22 her balance was $2,781.75. Co-debtor Amended Schedule C on 12/23/22 to declare a wage earnings exemption for 75% of disposable earnings on such funds, pursuant to I.C. 11-207.

Trustee has objected to same, asking for accounting and tracing.

### ACCOUNT ING AND TRACING

Co-Debtor markets the products of her labors three ways:

1. Direct Sales from her home shop. During relevant tracing period this would be the

11/14/22 deposit of $594.90.

2. Sales through her own website, www.creativekreations.com. These deposits are the ACH PayPal transfers of $71.98 and $92.85 dated 11/15/22. Co-debtor cannot control processing time of the ACH PayPal.

3. Sales for Orders on the Etsy platform which hosts her on-line store. Etsy.com/shop/ceramickreations website shhe had about 10 sales which were paid on November 14, 2022 for $2733.14 and 3 sales which were paid on November 5th, 2022 for $739.59.

November and December are the months she earns half of her yearly earnings.

Co-debtor respectfully requests the matter be set for hearing if required.

DATED this 30th day of January, 2023

*John O. Avery*

## CERTIFICATE OF SERVICE

COMES NOW Christine Harrop and hereby certifies that on this 30th day of January, 2023, I electronically filed the Debtors Response to Trustee's Objection to Exemption with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of the following persons:

Kimberly L. Stevens @ trustee@utlegal.net

US Trustee @ ustp.region18.ecf@usdoj.gov

/s/ *Christine Harrop*